S. LANE TUCKER
United States Attorney

CHRISTINA SHERMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>FRANKLIN TURBIC PIKONGANNA,<br><br>                Defendant. | No. 3:24-cr-00066-JMK-MMS<br><br>COUNT 1:<br>ROBBERY AFFECTING INTERSTATE COMMERCE<br>    Vio. of 18 U.S.C. § 1951(a)<br><br>COUNT 2:<br>CARRYING, BRANDISHING, AND DISCHARGING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE<br>    Vio. of 18 U.S.C. § 924(c)(1)(A)(i)-(iii)<br><br>COUNT 3:<br>FELON IN POSSESSION OF A FIREARM<br>  Vio. of 18 U.S.C. §§ 922(g)(1) & 924(a)(8)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>   Vio. of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about January 31, 2024, within the District of Alaska, the defendant, FRANKLIN TURBIC PIKONGANNA, by force, violence and intimidation, did unlawfully obstruct, delay and affect, commerce, and the movement of articles and commodities in such commerce, to wit: the defendant unlawfully took and obtained property belonging to Shell Food Mart, located at 901 E. 15th Ave, Anchorage, Alaska, an inherently commercial enterprise that sells good produced outside Alaska, from the person and presence of another, against that person's will, by means of actual and threatened force, violence, and fear of injury, immediate and future.

All of which is in violation of 18 U.S.C. § 1951(a).

## COUNT 2

On or about January 31, 2024, within the District of Alaska, the defendant, FRANKLIN TURBIC PIKONGANNA, did knowingly and intentionally carry, brandish, and discharge a firearm, to wit: a 22 Long Rifle caliber Colt Model Colt 22 semiautomatic pistol in furtherance of a crime of violence, namely, Robbery Affecting Interstate Commerce, as charged in Count 1.

All of which is in violation of 18 U.S.C. §§ 924(c)(1)(A)(i)-(iii).

## COUNT 3

From on or about January 31, 2024, through on or about February 4, 2024, within the District of Alaska, the defendant, FRANKLIN TURBIC PIKONGANNA, knowing that he had previously been convicted by any court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: : a 22 Long Rifle caliber Colt Model Colt 22 semiautomatic pistol.

### Prior Conviction

| Conviction Date | Offense | Court | Case No |
| --- | --- | --- | --- |
| December 1, 2023 | Attempted Robbery in the Second Degree | State of Alaska | 3AN-23-08356CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1-3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. § 1951(a), 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 924(c)(1)(A)(i)-(iii), as set forth in Counts 1-3 of this Indictment, the defendant, FRANKLIN TURBIC PIKONGANNA, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d), any firearm or ammunition involved in or used in violation of the offense, including, but not limited to the following:

1. : a 22 Long Rifle caliber Colt Model Colt 22 semiautomatic pistol bearing serial number PH43714;

2. any and all associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney

DATE: 6/12/2024