Burke Wonnell
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: burke_wonnell@fd.org

*Counsel for Defendant Franklin Turbic Pikonganna*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKLIN TURBIC PIKONGANNA,<br><br>Defendant. | Case No. 3:24-CR-66 TMB MMS<br><br>**MEMORANDUM PERTAINING TO APPLICABILITY OF SPEEDY TRIAL ACT CLOCK TO CASES POST GUILTY PLEA** |

On this date, the Court ordered a continued status conference and requested that the parties address the applicability of the speedy trial clock under 18 U.S.C. §3161 to the delayed sentencing.  Pursuant to 18 U.S.C §3161(i),

> [i]f trial did not commence within the time limitation specified in section 3161 because the defendant had entered a plea of guilty or nolo contendere subsequently withdrawn to any or all charges in an indictment or information, the defendant shall be deemed indicted with respect to all charges therein contained within the meaning of section 3161, on the day the order permitting withdrawal of the plea becomes final.

Pikonganna has not asked to withdraw his guilty plea. He has simply asked the Court to continue the sentencing hearing until he has time to hire a private attorney to conduct the sentencing on his behalf.  Once retained, that attorney will likely move to substitute in for undersigned counsel.  If, at some point, Pikonganna does move to withdraw his guilty plea, and if the Court permits him to do so, then the speedy trial clock would start anew under subsection (i) on the date that order is entered.

DATED at Anchorage, Alaska this 8th day of April, 2025.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Burke Wonnell*
Burke Wonnell
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on April 8, 2025.  All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Burke Wonnell*

*United States v. Franklin Turbic Pikonganna*
Case No. 3:24-cr-66 TMB MMS                                            Page 2